UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
FEB 27 2007

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 06-40088 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| KENNETH H. KEELER, JR., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On January 9, 2007, an Amended Order for the mental evaluation of Defendant Kenneth H. Keeler, Jr. was entered (Doc. 48). In accordance with that Order, the evaluating professional contacted the court by telephone on February 26, 2007, and stated her opinion is that Defendant Kenneth H. Keeler, Jr. is competent. It is expected the full written report will be received on or before March 15, 2007. Accordingly, it is hereby

ORDERED that Defendant Kenneth H. Keeler, Jr. may be transported by the United States Marshal back to the District of South Dakota for further proceedings.

Dated this 27 day of February, 2007.

BY THE COURT:

John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk
By: Shelly Margulies, Deputy